## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1)  MARIAN LORETTA TURNER, | |
| Plaintiff, | |
| vs. | Case No. 14-CV-671-JED-TLW |
| 1)  UNITED STATES OF AMERICA, ex rel. THE DEPARTMENT OF HEALTH AND HUMAN SERVICES; | |
| 2)  UNITED STATES OF AMERICA, ex rel. PUBLIC HEALTH SERVICES; | |
| 3)  UNITED STATES OF AMERICA, ex. rel. INDIAN HEALTH SERVICES; | |
| 4)  UNITED STATES OF AMERICA ex. rel. CLAREMORE INDIAN HOSPITAL; | |
| 5)  UNITED STATES OF AMERICA ex. rel. JUNI A. FEMI-PEARSE, M.D.; | |
| 6)  AMEDISYS QUALITY OKLAHOMA, L.L.C. d/b/a AMEDISYS HOME HEALTH, | |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, Marian Loretta Turner, and Defendants, United States of American, ex rel. The Department of Health and Human Services; United States of American, ex rel. Public Health Services; United States of American, ex rel. Indian Health Services; United States of American, ex rel. Claremore Indian Hospital; United States of American, ex rel. Juni A. Femi-Pearse, M.D.; and Amedisys Quality Oklahoma, L.L.C. d/b/a Amedisys Home Health, pursuant to Rule 41(a)(1)(A)(ii), FRCP, stipulate to the dismissal of Amedisys Quality Oklahoma, L.L.C. d/b/a Amedisys Home Health with prejudice from this lawsuit.

Respectfully submitted,

s/Ken Ray Underwood
Ken Ray Underwood, OBA #9156
1408 S. Harvard Ave., Suite B
Tulsa, OK 74112
918-582-7447 Telephone
918-582-0166 Facsimile
ken@ulawok.com
www.ulawok.com
***Attorney for Plaintiff, Marian L. Turner***
*(Signed by the filing attorney with the permission of Mr. Underwood. Original signed document on file in our office.)*


s/Wyn Dee Baker
Wyn Dee Baker, OBA #465
Assistant United States Attorney
U.S. Attorney's Office NDOK
110 W. Seventh Street, Suite 300
Tulsa, Oklahoma 74119-1013
Telephone (918) 382-2700
Facsimile (918) 560-7939
Wyndee.baker@usdoj.gov
***Attorney for Defendant United States of America***
*(Signed by filing attorney with the permission of Ms. Baker)*


s/Roger N. Butler, Jr.
Roger N. Butler, Jr., OBA #13668
Diane M. Black, OBA #18653
SECREST HILL BUTLER & SECREST
7134 South Yale, Suite 900
Tulsa, OK 74136-6360
(918) 494-5905 Telephone
(918) 494-2847 Facsimile
rbutler@secresthill.com
dblack@secresthill.com
***Attorneys for Defendant Amedisys Quality Oklahoma, L.L.C. d/b/a Amedisys Home Health***

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 18, 2015, I electronically transmitted the foregoing document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Ken Ray Underwood, Esq.
Wyn Dee Baker, Esq.
Roger N. Butler, Jr., Esq.
Diane M. Black, Esq.

<u>s/Roger N. Butler, Jr.</u>