# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| MARIAN LORETTA TURNER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 14-CV-671-JED-JFJ ) |
| UNITED STATES OF AMERICA, | ) ) ) |
| Defendant. | ) ) |

## JUDGMENT

The Court has entered an Opinion and Order (Doc. 99) finding and concluding that the plaintiff is entitled to judgment on her medical negligence claim against the defendant. Judgment is accordingly entered in favor of the plaintiff, Marian Loretta Turner, and against the defendant, United States of America, in the amount of $618,890.64.

DATED this 1st day of March, 2018.

JOHN E. DOWDELL
UNITED STATES DISTRICT JUDGE